# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 17-300-LPS-CJB |
| TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR MANUFACTURING, INDIANA, INC., AND TOYOTA MOTOR MANUFACTURING, KENTUCKY, INC. | ) ) ) ) JURY TRIAL DEMANDED ) ) ) ) ) |
| Defendants. | ) ) ) ) |

## JOINT STIPULATION AND ORDER TO STAY
## PENDING RESOLUTION OF PARALLEL ITC PROCEEDINGS

WHEREAS, Plaintiff Intellectual Ventures II LLC ("IV") and Defendants Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Manufacturing, Indiana, Inc., and Toyota Motor Manufacturing, Kentucky, Inc. (collectively, "Defendants")[1] are also parties to a proceeding before the United States International Trade Commission ("ITC") under section 337 of the Tariff Act of 1930 in the matter titled *In the Matter of Certain Thermoplastic-*

---

[1] Toyota Motor Corporation is a party in the ITC action, but has not been served and has not appeared in this case.

{01209839;v1 }

*Encapsulated Electric Motors, Components Thereof, and Products and Vehicles Containing Same*, Inv. No 337-TA-1052 (Copy of Complaint attached)[2];

WHEREAS, on April 28, 2017, the ITC issued a Notice of Institution of Investigation naming IV as complainant and Defendants (among others) as respondents;

WHEREAS, under 28 U.S.C. § 1659, the district court shall stay any infringement proceedings pending parallel proceedings in the ITC when three factual prerequisites are met: (1) the civil action involves the parties that are also parties to a proceeding before the ITC; (2) the civil action involves the same issues as proceedings before the ITC; and (3) the request for a stay is made within 30 days of the ITC's institution of an investigation. 28 U.S.C. § 1659; *see also In re Princo Corp.*, 486 F.3d 1365, 1368 (Fed. Cir. 2007) ("The purpose of § 1659 is to prevent separate proceedings on the same issues occurring at the same time.");

WHEREAS, both this case and the ITC case involve the same issues of infringement of the same five patents, U.S. Patents Nos. 7,067,944; 7,067,952; 7,154,200; 7,683,509 and 7,928,348;

WHEREAS, Defendants seek and IV does not oppose a stay in the above-captioned action until the determination of the ITC becomes final under 28 U.S.C. § 1659;

IT IS HEREBY STIPULATED AND AGREED BY AND AMONG Defendants and IV, subject to the approval and order of the Court, that the above-captioned action be stayed until 30 days after the determination of the ITC becomes final under 28 U.S.C. § 1659, after which responses to the complaint shall be due within five (5) business days.

---

[2] The exhibits to the ITC complaint are voluminous and are not attached. However, we can provide the exhibits to the Court if the Court wishes to have them.

{01209839;v1 }

Dated: May 9, 2017

| | |
|---|---|
| /s/ Michael J. Farnan | /s/ Steven J. Balick |
| _____ | _____ |
| Brian E. Farnan (I.D. No. 4089) | Steven J. Balick (#2114) |
| Michael J. Farnan (I.D. No. 5165) | Andrew C. Mayo (#5207) |
| FARNAN LLP | ASHBY & GEDDES |
| 919 N. Market Street, 12th Floor | 500 Delaware Ave., 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| Telephone: (302) 777-0300 | Wilmington, DE 19899 |
| Fax: (302) 777-0301 | Telephone: (302) 654-1888 |
| bfarnan@farnanlaw.com | sbalick@ashby-geddes.com |
| mfarnan@farnanlaw.com | amayo@ashby-geddes.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Toyota Motor* |
| *Intellectual Ventures II LLC* | *North America, Inc., Toyota Motor Sales,* |
| | *U.S.A.,Inc., Toyota Motor Engineering &* |
| | *Manufacturing North America, Inc., Toyota* |
| | *Motor Manufacturing, Indiana, Inc., and* |
| | *Toyota Motor Manufacturing, Kentucky, Inc.* |

SO ORDERED this _____ day of _____, 2017

_____
THE HONORABLE CHRISTOPHER J. BURKE

{01209839;v1 }