**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>      Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR CORPORATION NORTH AMERICA, INC., TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING, NORTH AMERICA, INC.,  TOYOTA MOTOR MANUFACTURING, INDIANA, INC., AND TOYOTA MOTOR MANUFACTURING, KENTUCKY, INC.,<br><br>      Defendants. | Case No. 17-cv-300-LPS-CJB |

<u>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,  Plaintiff hereby dismisses this action without prejudice.  Defendants have not yet answered the Complaint, nor filed a motion for summary judgment.  Each party will bear its own costs.


Dated: October 13, 2017

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street,12th Floor
Wilmington, DE 19801
Phone: 302-777-0300
Fax: 302-777-0301
bfarnan@farnanlaw.com

mfarnan@farnanlaw.com

*Attorneys for Plaintiff*