AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of Delaware__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>17-300-LPS-CJB | DATE FILED<br>3/20/2017 | U.S. DISTRICT COURT<br>District of Delaware |
|---|---|---|
| PLAINTIFF<br><br>Intellectual Ventures II LLC | | DEFENDANT<br><br>Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Manufacturing, Indiana, Inc., and Toyota Motor Manufacturing, Kentucky, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 7,067,944 B2 | 6/27/2006 | Intellectual Ventures II LLC |
| 2 | US 7,067,952 B2 | 6/27/2006 | Intellectual Ventures II LLC |
| 3 | US 7,154,200 B2 | 12/26/2006 | Intellectual Ventures II LLC |
| 4 | US 7,683,509 B2 | 3/23/2010 | Intellectual Ventures II LLC |
| 5 | US 7,928,348 B2 | 4/19/2011 | Intellectual Ventures II LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Notice of Voluntary Dismissal without prejudice |

| CLERK<br>John A. Cerino | (BY) DEPUTY CLERK | DATE<br>11/15/2017 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR CORPORATION NORTH AMERICA, INC., TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING, NORTH AMERICA, INC.,  TOYOTA MOTOR MANUFACTURING, INDIANA, INC., AND TOYOTA MOTOR MANUFACTURING, KENTUCKY, INC.,<br><br>Defendants. | Case No. 17-cv-300-LPS-CJB |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,  Plaintiff hereby dismisses this action without prejudice.  Defendants have not yet answered the Complaint, nor filed a motion for summary judgment.  Each party will bear its own costs.

Dated: October 13, 2017

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street,12th Floor
Wilmington, DE 19801
Phone: 302-777-0300
Fax: 302-777-0301
bfarnan@farnanlaw.com

2

mfarnan@farnanlaw.com

*Attorneys for Plaintiff*